UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :
                          :
          v.              :   Hon. Dennis M. Cavanaugh
                          :
SEAN WILLIAMS,            :   Criminal No. 11-0616

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Dara Aquila Govan, Assistant U.S. Attorney, appearing), defendant Donald McCauley (Donald McCauley, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter from today up to and including March 7, 2012, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to

finalize a plea agreement, which would render trial of this matter unnecessary;

2. The defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 30th day of November 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period from today up to and including March 7, 2012; and it is further

ORDERED that the period from and including November 30, 2011, through and including March 7, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions: <u>February 13, 2012</u>

Opposition: <u>February 20, 2012</u>

Motions hearing: <u>February 27, 2012</u>

Trial: <u>March 7, 2012</u>

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Assistant U.S. Attorney

_____
Donald McCauley
Assistant Federal Public Defender