# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Sean Williams<br>        Defendant. | Criminal Action No. 11-616 (JMV)<br><br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this 12th day of December, 2018,

    **ORDERED** that Carol Gillan, Esq. from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                    _____
                                                  John Michael Vazquez, U.S.D.J.