PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Sean Williams      Cr.: 11-00616-001
     PACTS #: 62678

Name of Sentencing Judicial Officer:    THE HONORABLE DENNIS M. CAVANAUGH
     UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer: THE HONORABLE JOHN MICHAEL VAZQUEZ
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/25/2012

Original Offense:    Count 1: Possession of Firearm and Ammunition by Convicted Felon

Original Sentence: 75 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Location Monitoring Program

Type of Supervision: Supervised Release      Date Supervision Commenced: 12/02/2016

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | A *Petition for Warrant or Summons for Offender under Supervision* was originally endorsed by Your Honor on November 2, 2018. A recent amended petition was submitted in April 2020 with additional violation counts including a new arrests and criminal association. |

U.S. Probation Officer Action:
Mr. Williams commenced his three-year term of supervised release on December 2, 2016. Based on the underlying state charges and pendency of the violation before Your Honor, Mr. Williams continued to be supervised by the probation office. At this time, his state charges have been dismissed and there are no additional instances of noncompliance. Since Mr. Williams' original term of supervision was scheduled to expire on December 1, 2019, we respectfully recommend that in the interest of justice, Your Honor dismiss the Violation Petition filed on November 2, 2018, and that Mr. Williams be allowed to terminate supervision.

Prob 12A – page 2
Sean Williams

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

*Suzanne Golda-Martinez*   3/10/2022

SUZANNE J. GOLDA-MARTINEZ      Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ To dismiss without prejudice the violation petition filed on November 2, 2018 (as recommended by the Probation Office).

_____
Signature of Judicial Officer

3/10/2022
Date